IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRUSTEE LYNN HARWELL ANDREWS, | ) ) ) | |
| Appellant, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 16-0284-CG-C |
| DEBTOR SUSAN D. ERNANDEZ, | ) ) ) | |
| Appellee. | ) | |

| | | |
|---|---|---|
| TRUSTEE LYNN HARWELL ANDREWS, | ) ) ) | |
| Appellant, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 16-0285-CG-C |
| DEBTOR CHARLES B. WILLIAMSON, | ) ) ) | |
| Appellee. | ) | |

| | | |
|---|---|---|
| TRUSTEE LYNN HARWELL ANDREWS, | ) ) ) | |
| Appellant, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 16-0286-CG-C |
| DEBTOR THEODORE SMITH, JR., | ) ) ) | |
| Appellee. | ) | |

| | |
|---|---|
| **TRUSTEE LYNN HARWELL ANDREWS,** ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 16-0287-CG-C** |
| ) | |
| **DEBTOR ANGELA R. SHAFFER,** ) | |
| ) | |
| Appellee. ) | |

## ORDER

Upon due consideration of the Appellant's Motion to Consolidate and Appellee Theodore Smith, Jr.'s response filed on July 25, 2016, and as Appellees Susan D. Ernandez, Charles B. Williamson, and Angela R. Shaffer have elected not to respond to the motion, the Court finds that consolidation is appropriate pursuant to Rule 42(a) of the F.R.Civ.P. Appellant's motion to consolidate is therefore **GRANTED**. It is **ORDERED** that the above reference actions are hereby **CONSOLIDATED** for purposes of appeal.

Civil Action No. 16-284 shall be designated as the lead case. Henceforth, all pleadings are to be filed in Civil Action Number 16-284 and shall contain the style as set forth in this Order. Each Appellee shall be allowed to file his/her separate responsive brief in Civil Action No. 16-284.

**DONE and ORDERED** this 2nd day of August, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE